In the Matter of the Accounting of STEPHEN W. COLLINS, as Substituted Trustee under the Will of STACY B. COLLINS, Deceased.

MARY D. FREDERICK et al., Appellants: JOHN MURRAY, Respondent.

*Matter of Collins*, 131 App. Div. 834, affirmed.
(Submitted October 11, 1909; decided October 26, 1909.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered April

23, 1909, which reversed a decree of the New York County Surrogate's Court construing the will of Stacy B. Collins, deceased.

*W. H. Wood* for appellants.

*Morris Hillquit* for respondent.

Order affirmed, with costs, on opinion of Houghton, J., below.

Concur: Cullen, Ch. J., Edward T. Bartlett, Haight, Vann, Willard Bartlett, Hiscock and Chase, JJ.